# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Roseline Kwamboka Nyamweya | **JUDGMENT IN A CIVIL CASE** |
| Petitioner(s), | |
| v. | Case Number: 26-cv-00540-KMM-SGE |
| Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood | |
| Respondent(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Roseline K. N.'s Petition for a Writ of Habeas Corpus [Dkt. 1] is **GRANTED**.

2. The Court **DECLARES** that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and **ENJOINS** Respondents from denying release or other relief on the basis that she is subject to such mandatory detention.

3. The Court **ORDERS** Respondents to immediately release Roseline K. N. The Court has been informed that Petitioner was transferred out of the District of Minnesota but is being returned to the District, in compliance with the Court's Order to Show Cause [Dkt. 7]. Therefore, the Court assumes that Roseline K. N. will be promptly released **in Minnesota**.

4. Finally, the Court **ORDERS** Respondents to notify the Court and opposing counsel within 24 hours of Petitioner's release, confirming that the release has occurred. If Roseline K. N. has not been returned as previously ordered, Respondents should immediately notify the Court of when she will be returned and released.

| | |
|---|---|
| Date: 1/25/2026 | KATE M. FOGARTY, CLERK |